UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

DCO-124-E

No. *26-2959*

UNITED STATES OF AMERICA

v.

JOHN DOUGHERTY,
Appellant

(E.D. Pa. No. 2:19-cr-00064-001)

Present: BIBAS, MATEY and MONTGOMERY-REEVES, *Circuit Judges*

1. Motion by Appellant to Expedite Appeal with Proposed Briefing Schedule;
   - Appellant's brief by August 14, 2026
   - Appellee's brief by August 21, 2026
   - Reply brief by September 28, 2026.

2. Motion by Appellee USA for Summarily Affirmance;

3. Response in Opposition by Appellee to Motion to Expedite Appeal;

4. Response in Opposition by Appellant to Motion for Summary Affirmance;

5. Reply in Support of Motion for Summary Affirmance.

Respectfully,
Clerk/pdb

ORDER

The foregoing motion by Appellee for summary affirmance is GRANTED. The Appellant's motion to expedite is DENIED as moot.

By the Court,

s/ Tamika R. Montgomery-Reeves
Circuit Judge

Dated: August 26, 2026
PDB/cc: All Counsel of Record